THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOGAN MICHAEL MERTLICH,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR FURLOUGH AND SELF-SURRENDER**<br><br>Case No. 4:21-CR-00035-001<br><br>District Judge David Nuffer |

Mr. Mertlich pled guilty to twelve allegations set out in the Amended Petition and Order for Warrant for Person Under Supervision.[1] Mr. Mertlich was sentenced to serve five months with the Bureau of Prisons and, upon release, to be transferred directly to a First Step House staff member in Salt Lake County.[2] Mr. Mertlich has been held in local custody since August 28, 2025, the date of both his arrest and the filing of the Petition.[3]

On November 10, 2025, Mr. Mertlich filed a Motion for Furlough and Self-Surrender ("Motion").[4] In the Motion, Mr. Mertlich makes two requests: (1) to attend a November 12, 2025, medical appointment for a shoulder injury; and (2) to be given the opportunity to purchase cold weather clothing before being released to the First Step House.[5] Mr. Mertlich's medical request was denied.[6]

---

[1] Judgment, docket no. 90, filed October 30, 2025.

[2] United States' Opposition to Motion for Self-Surrender ("Opposition"), docket no. 102, filed November 17, 2025.

[3] Motion for Furlough and Self-Surrender ("Motion"), docket no. 97, filed November 10, 2025.

[4] *Id*. at 2.

[5] *Id*.

[6] Docket Text Order, docket no. 101, filed November 12, 2025.

In regards to his second request, Mr. Mertlich moves to be "give[n] the opportunity to purchase clothing better suited for the colder weather" before being transferred to the First Step House in Salt Lake County.[7] Mr. Mertlich makes this request because the "First Step House is located in Northern Utah and thus experiences much colder winters than Mr. Mertlich is accustomed to in St. George."[8] Mr. Mertlich reassures that he "has a history of successful self-surrender and assures the Court that he would be able to arrive at First Step House within a day of his release from custody."[9] As to this request, the government was ordered to respond.[10]

On November 17, 2025, the government opposed the Motion stating, "it is undeniable that [Mr. Mertlich] struggles with substance abuse and an inability to follow the orders of the court."[11] The government's opposition is twofold. First, a fear that "[a]ny break between custodial confinement and admission to the inpatient program at the First Step House simply creates an unnecessary risk of relapse for the defendant. The goals of rehabilitation may be defeated with even the shortest of breaks from confinement . . ."[12] Second, Mr. Mertlich's request to get clothes better suited for colder weather is "is simply insufficient to overcome the risks to the defendant and the community if the defendant is released" if Mr. Mertlich is released and relapses.[13] According to the government, the benefits do not outweigh the risks and "[t]here

---

[7] Motion at 2.

[8] *Id*.

[9] *Id*.

[10] Docket Text Order, docket no. 101, filed November 12, 2025.

[11] Opposition at 3.

[12] *Id*.

[13] *Id*. at 4.

are other options available to ensure that the defendant has the proper clothing that he will need in treatment."[14] Mr. Mertlich did not file a reply by the December 1, 2025, deadline.

The briefs and relevant authority have been evaluated. Given the priority of Mr. Mertlich's rehabilitation and the presence of other suitable avenues to address his concerns, the Motion is DENIED.

## ORDER

IT IS HEREBY ORDERED that the Motion for Furlough and Self-Surrender is DENIED.

Signed December 3, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[14] *Id.*